UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NIIKO D. SMITH,<br>        Petitioner<br>        v.<br>WARDEN, SVSP,<br>        Respondent. | Case No. EDCV 12-1453-JAK (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting the Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATE: March 16, 2016

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE